# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-8503**                                **September Term, 2022**

21-BG-831

**Filed On:** June 2, 2023

In re: Steven B. Fabrizio,

        Respondent

**BEFORE**: Millett and Pillard, Circuit Judges, and Sentelle, Senior Circuit Judge

## ORDER OF DISBARMENT

Upon consideration of the court's order filed on January 24, 2023, and resent on March 15, 2023, directing respondent to show cause why he should not be disbarred from the Bar of this court based on his disbarment by the District of Columbia Court of Appeals on December 8, 2022, and the lack of any response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that Steven B. Fabrizio be disbarred and, accordingly, be prohibited from the practice of law before the United States Court of Appeals for the District of Columbia Circuit. Respondent has not responded to the order to show cause and therefore has not carried his burden to demonstrate that there was a lack of notice or infirmity of proof in the underlying D.C. proceeding, that disbarment is gravely unjust, or that his misconduct warrants substantially different discipline. See D.C. Cir. Rules, App. II, Rule IV(c). It is

**FURTHER ORDERED** that Steven B. Fabrizio be prohibited from holding himself out to be an attorney at law licensed to practice before the United States Court of Appeals for the District of Columbia Circuit.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                            BY:    /s/
                                    Selena R. Gancasz
                                    Deputy Clerk